IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PAYNE, | : No. 1:23cv269 |
| Plaintiff | : |
| v. | : (Judge Munley) |
| | : (Magistrate Judge Carlson) |
| ROSS C. MILLER, et al., | : |
| Defendants | : |

## ORDER

**AND NOW**, to wit, this 12th day of August, 2024, it is hereby **ORDERED** as follows:

1) Magistrate Carlson's report and recommendation (Doc. 18) is hereby **ADOPTED**;

2) The plaintiff's objection (Doc. 19) is **OVERRULED**;

3) The defendants' motion to dismiss (Doc. 12) is **GRANTED;**

4) This case will proceed solely on plaintiff's First Amendment retaliation claim against Defendant Timpe; and

5) The Court of Clerk is directed to remand this Magistrate Judge Carlson for further proceedings.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court